RONALD F. NORMAN, JR., et al., Appellants, v CORNELL UNIVERSITY, Respondent. [849 NYS2d 188]—Appeal from an order of the Supreme Court (Mulvey, J.), entered November 2, 2006 in Tompkins County, which, among other things, granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Robert C. Mulvey.

Cardona, P.J., Peters, Spain, Rose and Kane, JJ., concur. Ordered that the order is affirmed, with costs.